ROE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by George M. Roe against Harry B. Smith and Charles P. Smith, as executors, etc., of Charles P. Smith, deceased.

PER CURIAM. Judgment affirmed, with costs, on the opinion of Mr. Justice Gaynor at Special Term, 85 N. Y. Supp. 527.

———

ROGERS et al. v. INGERSOLL et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by John Z. Rogers, impleaded, against Robert H. Ingersoll and another. No opinion. Unless appellant pays $50 in 10 days, appeal dismissed.

———

ROSENFELD v. LANCASHIRE INS. CO. et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Mortimer C. Rosenfeld against the Lancashire Insurance Company and 19 other defendant companies.

PER CURIAM. Motion to correct decision of this court denied, without costs. Held that, the order made by the trial court denying the motions for new trials upon the ground of newly discovered evidence having been reversed by this court, said order, so denying said motions, did not furnish the basis for taxing costs upon such denial; but the rights of the parties should be taken care of in proceedings for taxation or retaxation of costs, and not by motion here made.

———

SAMMONS, Appellant, v. CITY OF GLOVERSVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Sampson Sammons against the city of Gloversville.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on opinion in Sponenburg v. City of Gloversville, 89 N. Y. Supp. 19.

PARKER, P. J., dissents.

———

SAXE, Appellant, v. OGDEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Sigmund Saxe against Kate T. Ogden and Alfred Ogden. No opinion. Judgment modified, by striking out the words "upon the merits," and, as thus modified, affirmed, without costs.

———

SCHAGHTICOKE POWDER CO. et al. v. GREENWICH & J. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by the Schaghticoke Powder Company and another against the Greenwich & Johnsonville Railway Company and another. No opinion. Judgment unanimously affirmed, with costs.

———

SCHMIDT, Respondent, v. RESNICK, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Louise Schmidt against Max Resnick. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

SCHOEBEL, Respondent, v. AMERICAN KNIT GOODS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Walter Schoebel against the American Knit Goods Manufacturing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

SCOTT v. TICONDEROGA PULP & PAPER CO. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by John J. Scott against the Ticonderoga Pulp & Paper Company. No opinion. Motion granted, with $10 costs.